UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV 24-2043 FMO | Date | March 3, 2025 |
|---|---|---|---|
| Title | In Re The Litigation Practice Group P.C. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   (In Chambers) Order to Show Cause Re: Consolidation of Actions

In two related appeals[1] arising from debtor The Litigation Practice Group's Chapter 11 bankruptcy petition (Bankruptcy ("BK") Case No. 23-10571 SC), appellant Bridge Funding Cap, LLC challenges the Bankruptcy Court's grant of partial summary judgment, (see Bridge Appeal, Dkt. 1, Notice of Appeal at 2), and appellant Azzure Capital, LLC challenges the Bankruptcy Court's grant of partial summary judgment.  (See Azzure Appeal, Dkt. 1, Notice of Appeal at 2); (Litigation Practice III, Dkt. 1, Notice of Appeal at 2).

"If actions before the court involve a common question of law or fact, the court may . . . consolidate the actions[.]"  Fed. R. Civ. P. 42(a)(2).  The court "weighs the saving of time and effort consolidation would produce against any inconvenience, delay, or expense that it would cause."  Huene v. United States, 743 F.2d 703, 704 (9th Cir.), on reh'g, 753 F.2d 1081 (9th Cir. 1984).  "A district court generally has 'broad' discretion to consolidate actions[.]"  Pierce v. Cty. of Orange, 526 F.3d 1190, 1203 (9th Cir. 2008).

Having reviewed the dockets in the Bridge Appeal and the Azzure Appeal, IT IS ORDERED that:

1.  No later than **March 11, 2025**, each party shall file a Memorandum Re: Consolidation ("Memorandum"), no longer than five pages in length, addressing (1) the extent to which there are similar factual and/or legal issues in the above cases, and (2) whether or not the cases should be consolidated pursuant to Rule 42(a) of the Federal Rules of Civil Procedure.

2.  If the parties agree that the cases should be consolidated, then the parties shall file a stipulation in lieu of a Memorandum no later than **March 11, 2025**.

|  | Initials of Preparer | vdr |
|---|---|---|

---

[1] The two related appeals are In re The Litigation Practice Group, P.C. (Bridge Appeal), SA CV 24-2043 (C.D. Cal.), and In re The Litigation Practice Group, P.C. (Azzure Appeal), SA CV 25-0115 (C.D. Cal.).