JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE THE LITIGATION PRACTICE GROUP, P.C., | Case No. SA CV 24-2043 FMO |
| Debtor, | (BK Case No. 23-10571 SC) |
| _____ | |
| BRIDGE FUNDING CAP, LLC, | |
| Appellant, | **JUDGMENT** |
| v. | |
| RICHARD A. MARSHACK, as Chapter 11 Trustee, | |
| Appellee. | |

Pursuant to the Court's Order Re: Motion to Dismiss, filed contemporaneously with the filing of this judgment, IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 23rd day of March, 2026.

/s/
Fernando M. Olguin
United States District Judge